# ORIGINAL

Jeanette Abrams
42 Colburn Road
East Brunswick NJ 088816

Hon. Nicholas Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 2 5 2012 ★

BROOKLYN OFFICE

July 9, 2012

RE:   Jeanette Abrams v. LOCAL 1199 CV-12-551

Dear Judge Nicholas Garaufis:

I have tried but was unable to find affordable counsel for my case. I am respectfully withdrawing my case for now because I can't go up against a big corporation without appropriate legal counsel.

Thank you;

*[signature]*
Jeanette Abrams

CC: Levy Ratner, P.C, — Robert Stroup, 80 Eight Ave, 8th floor, NY, NY 10011

**RECEIVED JUL 10 2012 PRO SE OFFICE**

*Dismissed without prejudice. So ordered.*

*[signature]*

S/Judge Garaufis